■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIPE VIENA, Also Known as FELIPE URENA, Appellant. [680 NYS2d 844] —Judgment, Supreme Court, New York County (Herbert Adlerberg, J.), rendered on or about August 8, 1997, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Sullivan, J. P., Rosenberger, Wallach and Tom, JJ.

■ ROLAND GEBHARDT et al., Respondents, v DAVID ELLIS, Appellant. [680 NYS2d 844] —Order, Supreme Court, New York County (Richard Braun, J.), entered on or about January 5, 1998, which, insofar as appealed from, granted plaintiff tenants summary judgment declaring that the provision in the parties' settlement agreement for a 10% increase in rent over the Rent Guidelines Board increase is applicable only to the first renewal lease of the tenants' immediate assignee and not to the assignee's subsequent renewal leases, unanimously affirmed, with costs.

We agree with the IAS Court that the language of the provision in issue is unambiguous and limited to an assignee's first renewal lease. Concur—Sullivan, J. P., Rosenberger, Wallach and Tom, JJ.